UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

       Plaintiff,

       v.                         Case No.  05-C-1112

APPROXIMATELY $2,940.00
IN UNITED STATES CURRENCY,

       Defendant.

## JUDGMENT OF FORFEITURE

THIS CAUSE having come before the Court upon plaintiff's Motion for Judgment of

Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

1.     The United States shall return to the claimant's mother, Maude Meier, 5650 Northway Drive, Racine, Wisconsin 53402, $2,400.00 from the approximately $2,940.00 in United States currency.

2.     All right, title and interest in the remaining defendant property, approximately $540.00 from the approximately $2,940.00 in United States currency, is forfeited to the United States of America.

3.     The United States Marshal shall deposit the approximately $540.00 in United States currency into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law.

4.      This Court shall retain jurisdiction of this cause for the purpose of enforcing the

Judgment of Forfeiture.

Dated at Milwaukee, Wisconsin, this <u>28th</u> day of February, 2006.


                                   <u>s/AARON E. GOODSTEIN</u>
                                   United States Magistrate Judge




Judgment entered this <u>28th</u> day of February, 2006.

        SOFRON B. NEDILSKY
        Clerk of Court

By:
        <u>  s/ V. Kelly Barton Terry          </u>
        Deputy Clerk